```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
     the United States of America
7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00434 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: REMAND FROM 9TH CIRCUIT |
| v. | |
| EPHRAIM JOSE AGUIRRE, II | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Melody Walcott, Attorney for Defendant EPHRAIM JOSE AGUIRRE, II that the Status Conference regarding remand from the Ninth Circuit currently set for December

////
////
////
////
///

1

5, 2011, at 9:00 a.m. be continued to December 12, 2011, at 9:00 a.m.

Respectfully submitted,

Dated: December 1, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                           By: /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney


Dated: December 1, 2011    By: Melody Walcott
                               (as authorized on 12/01/11)
                               MELODY WALCOTT
                               Attorney for Defendant
                               EPHRAIM JOSE AGUIRRE, II


**ORDER**

IT IS ORDERED that the hearing regarding restitution be continued from December 5, 2011, to December 12, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:     December 1, 2011      _____
                                 CHIEF UNITED STATES DISTRICT JUDGE