1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
     the United States of America

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) CASE NO. 1:08-CR-00434 AWI
                                )
12                              )
                    Plaintiff,  ) STIPULATION AND ORDER TO CONTINUE
13                              ) STATUS CONFERENCE RE: REMAND FROM
                     v.         ) 9TH CIRCUIT
14                              )
    EPHRAIM JOSE AGUIRRE, II    )
15                              )
                    Defendant.  )
16                              )
                                )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto

19  through their respective counsel, Stanley A. Boone, Assistant

20  United States Attorney for Plaintiff, and Francine Zepeda,

21  Attorney for Defendant EPHRAIM JOSE AGUIRRE, II that the Status

22  Conference regarding remand from the Ninth Circuit currently set

23  for February 27, 2012, at 10:00 a.m. be continued to April 16,

24  2012, at 10:00 a.m.

25                                   Respectfully submitted,

26  Dated: February 14, 2012         BENJAMIN B. WAGNER
                                     United States Attorney
27

28                                   By: /s/ Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant U.S. Attorney

1

Dated: February 14, 2012          By:  Francine Zepeda
                                       (as authorized on 02/14/12)
                                       FRANCINE ZEPEDA
                                       Attorney for Defendant
                                       EPHRAIM JOSE AGUIRRE, II

**ORDER**

 IT IS ORDERED that the hearing regarding restitution be continued from February 27, 2012, to April 16, 2012, at 10:00 a.m. IT IS SO ORDERED.

Dated:      February 15, 2012          _____
                                       CHIEF UNITED STATES DISTRICT JUDGE