1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
    United States of America

7

8              IN THE  UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )    Case No. 1:08-CR-00434 AWI
11                                   )
                  Plaintiff,         )    STIPULATION RE: RESTITUTION
12                                   )    and ORDER
         v.                          )
13                                   )
   EPHRAIM JOE AGUIRRE, II,          )
14                                   )
                  Defendant.         )
15                                   )
   _____   )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, Stanley A. Boone, Assistant

19  United States Attorney, for Plaintiff and Francine Zepeda,

20  Assistant Federal Defender, for Defendant that the restitution

21  imposed by the court and entered into the judgment dated April 2,

22  2010 in the amount of $6,000 should be removed from the judgment

23  in light of the Ninth Circuit decision of United States v.

24  Kennedy, 643 F.3d 1251 (2011), and as a result of the government's

25  subsequent notice to victims and/or their representatives to

26

27

28                              1

supplement any restitution amount consistent with the <u>Kennedy</u>
decision.

    IT IS FURTHER STIPULATED that an amended judgment be entered
which reflects only that no restitution be imposed against this
defendant.

    THE PARTIES FURTHER STIPULATE and waive the right to have
this matter heard at a sentencing hearing.


                                   Respectfully submitted,


                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: <u>April 19, 2012</u>      By:  <u>/s/ Stanley A. Boone</u>
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorney



DATE: <u>April 19, 2012</u>      By:  <u>/s/ Francine Zepeda</u>
                                 FRANCINE ZEPEDA
                                 Attorney for
                                 EPHRAIM JOE AGUIRRE, II

**ORDER**
IT IS SO ORDERED.

Dated: <u>     April 19, 2012     </u>                      
                               CHIEF UNITED STATES DISTRICT JUDGE